FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 24 2024

By: Kevin P. Weimer, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| v. | |
| JAMES BLASINGAME | No. 1:24-CR-164 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 27, 2021, in the Northern District of Georgia, the defendant, JAMES BLASINGAME, did knowingly possess at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using at least one minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone pursuant to Title 18, United States Code, Section 2252(b)(2), all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## Forfeiture

Upon conviction of the offense alleged in Counts One of this Information, the defendant, JAMES BLASINGAME, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a):

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, or any property traceable to such property.

The property to be forfeited includes, but is not limited to, a personal forfeiture money judgment, that is, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense charged in Counts One of this Information.

If any of the property described above, as a result of any act or omission of the defendant, JAMES BLASINGAME:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;


RYAN K. BUCHANAN
*United States Attorney*

*/s/ Amy M. Palumbo*
AMY M. PALUMBO
*Assistant United States Attorney*
Georgia Bar No. 615124

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181